IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:14-CV-00146-MR-DSC

| | |
|---|---|
| LISA BAIN LANDIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| BUNCOMBE COUNTY NC GOVERNMENT, et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's "Motion," Doc. 34, filed on December 4, 2014 requesting the Court to docket her e-mail address, TheGLoLady@gmail.com, and allow her to receive e-mail notification of filings in this matter.

Pursuant to this Court's "Administrative Procedures Governing Filing and Service by Electronic Means" section II, subsection D, the Clerk is directed to add Plaintiff's email address, TheGLoLady@gmail.com, for her to receive notice via e-mail whenever a pleading or other document is filed electronically.

The Clerk is directed to send copies of this Order to the pro se Plaintiff via e-mail; to defense counsel; and to the Honorable Martin Reidinger.

**SO ORDERED**.

Signed: January 15, 2015

David S. Cayer
United States Magistrate Judge