# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Lisa Bain Landis**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00146-MR-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Asheville Police Department et al | ) | |
| | | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 18, 2016 Order.

March 18, 2016

_____

Frank G. Johns, Clerk
United States District Court